**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 03-7785**

—————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ERIC LEONARD GADSEN,

Defendant - Appellant.

—————————

Appeal from the United States District Court for the District of South Carolina, at Orangeburg.  Cameron McGowan Currie, District Judge.  (CR-00-917; CA-03-1757)

—————————

Submitted: April 14, 2004                 Decided:  May 7, 2004

—————————

Before MICHAEL, MOTZ, and TRAXLER, Circuit Judges.

—————————

Dismissed by unpublished per curiam opinion.

—————————

Eric Leonard Gadsen, Appellant Pro Se.  Dean Arthur Eichelberger, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Eric Leonard Gadsen seeks to appeal the district court's orders denying relief on his motion pursuant to 28 U.S.C. § 2255 (2000), and denying his motion for reconsideration under Federal Rule of Civil Procedure 60(b). We have independently reviewed the record and conclude that Gadsen has not made a substantial showing of the denial of a constitutional right. See Miller-El v. Cockrell, 537 U.S. 322, 336 (2003). Accordingly, we deny a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED